## SUMMARY ORDER

**PER CURIAM.**

Defendant, Robert L. Matt, Jr., appeals from judgments following verdicts by a jury convicting him of burglary in the second degree, § 569.170 RSMo 1994 and receiving stolen property, § 570.080 RSMo 1994. The judgments of conviction are supported by substantial evidence, are not against the weight of the evidence, and no error of law appears. A written opinion would serve no jurisprudential purpose. Defendant's sentencing was proper. *Johnson v. State,* 938 S.W.2d 264 (Mo.banc 1997).

Judgment affirmed. Rule 30.25(b).

## ORDER

**PER CURIAM.**

Defendant appeals after he was convicted by a jury of attempted first degree robbery, § 564.011, RSMo 1994. The court found defendant to be a prior and persistent offender and sentenced him to a ten year prison term. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Robert SKAGGS, Defendant/Appellant.**

No. 69828.

Missouri Court of Appeals,
Eastern District,
Division One.

April 8, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 14, 1997.

Application to Transfer Denied
June 17, 1997.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Lisa A. Fischer, Assistant Attorney General, Jefferson City, for plaintiff/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**PRIMERICA LIFE INSURANCE CO., Plaintiff,**

v.

**Lisa SUTER, et. al., Respondents,**

and

**Bruno Schmitter, as Personal Representative for the Estate of Alfred Suter, Appellant.**

No. 70587.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 8, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 14, 1997.

Application to Transfer Denied
June 17, 1997.

